COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-175-CR

                                                 

KELLY EUGENE SCHMALTZ           APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 90
TH
 DISTRICT 
COURT OF YOUNG COUNTY

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Withdraw Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See 
Tex. R. App. P.
 42.2 (a), 43.2(f). PER CURIAM

PANEL D: 
WALKER, J.; CAYCE, C.J.; and MCCOY
, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: August 3, 2006 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.